**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 16, 2016

Writer's Direct Contact
+1 (212) 468.8016
RWhite@mofo.com

<u>By ECF Filing and UPS Overnight Delivery</u>

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Roger Huguet</u>, 15 CR 585 (RJD)

Dear Judge Dearie:

    We represent defendant Roger Huguet in the above-referenced case before the Court. We submit this letter to request an adjournment of Mr. Huguet's sentencing date.

    Mr. Huguet's sentencing is currently scheduled for June 24, 2016. We respectfully request that the sentencing be adjourned to December 9, 2016 at 10:30 a.m., which we understand from Your Honor's Chambers is a convenient date for the Court.

    The government has advised defense counsel that it consents to this request.

Respectfully submitted,

*Ronald G. White*

Ronald G. White

cc: AUSA Amanda Hector (via ECF)

ny-1236820 v1